```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
___

| | |
|---|---|
| **UNITES STATES OF AMERICA** <br> **ex rel. JACQUELYN KAY POTEET,** <br> <br>     **Plaintiff,** <br> <br> **v.** <br> <br> **THOMAS A. ZDEBLICK, M.D.,** <br> **et al.,** <br> <br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 03-2979 Ml/An <br> ) <br> ) <br> ) <br> ) <br> ) |

___

### ORDER SETTING TELEPHONE CONFERENCE
___

The Court will hold a brief telephone conference in this cause on <u>Tuesday, August 1, 2006, at 9:30 a.m.</u>  The Government shall initiate the call with all parties on the line.

So ORDERED this 27th day of July, 2006.

                                          /s/ Jon P. McCalla
                                          JON P. McCALLA
                                          UNITED STATES DISTRICT JUDGE