**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**UNITED STATES OF AMERICA, *EX REL.*,
JACQUELINE KAY POTEET,**

           **Plaintiff,**

       -vs-                                      Case No.   03-2979    M/A

**MEDTRONIC, INC.,
MEDTRONIC SOFAMOR DANEK USA, INC.
THOMAS A. ZDEBLICK, M.D.,
LAWRENCE G. LENKE, M.D., K. DANIEL
RIEW, M.D., WASHINGTON UNIVERSITY
MEDICAL CENTER, REGIS HAID, M.D.,
ATLANTA BRAIN & SPINE CARE, P.C.,
GERALD E. RODTS, JR., M.D., THE EMORY
CLINIC, INC., MATTHEW F. GORNET, M.D.,
THE ORTHOPEDIC CENTER OF ST. LOUIS,
LLC, JEFFREY C. WANG, M.D., EDWARD S.
PRATT, M.D., MAURICE SMITH, M.D., KEVIN
T. FOLEY, M.D., SEMMES-MURPHY CLINIC,
A PROFESSIONAL CORPORATION, VINCENT
C. TREYNELIS, M.D., GEORGE PICETTI, M.D.,
J. KENNETH BURKUS, M.D., THE HUGHSTON
CLINIC, P.C., GERALD J. GIRASOLE, M.D.,
ORTHOPAEDIC & SPORTS MEDICINE
CENTER, STEPHEN M. PAPADOPOULUS,
M.D., NEUROLOGICAL ASSOCIATES, LTD,
AN ARIZONA CORPRATION D/B/A BARROW
NEUROSURGICAL ASSOCIATES, LTD., RICK
C. SASSO, M.D., and INDIANA SPINE GROUP,
P.C.,**

           **Defendants.**

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Upon Motion of relator, Jacqueline Kay Poteet, for an Order granting leave of court to file her supplemental memorandum herein, and it appearing to the Court that the motion is well-taken and should be granted.

IT IS, THEREFORE ORDERED that Relator Jacqueline Kay Poteet be, and she is hereby granted leave to file her supplemental memorandum.

ORDERED on this the 18th day of September, 2006.

/s/ Jon P. McCalla
Judge Jon Phipps McCalla