*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**ex rel. JACQUELINE KAY POTEET** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **MEDTRONIC, INC., et al.** | CASE NO: 03-2979-D |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting United States' Motion To Dismiss entered on January 23, 2007, this cause is hereby dismissed.


APPROVED:

s/Bernice B. Donald
UNITED STATES DISTRICT COURT

DATE: 2/27/2006
                                              THOMAS M. GOULD
                                              Clerk of Court


                                              s/Terry L. Haley
                                        (By)  Deputy Clerk